```
 1  DIANA M. RUTOWSKI (SBN 233878)
    drutowski@orrick.com
 2  MARIA N. SOKOVA (SBN 323627)
    msokova@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 4  Menlo Park, CA  94025-1015
    Telephone:    +1 650 614 7400
 5  Facsimile:    +1 650 614 7401

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NREAL TECHNOLOGY LTD., NREAL, INC., AND SHENZHEN TAIRUO TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EPIC GAMES, INC., <br><br> Defendant. | Case No. 5:21-CV-05537-BLF <br><br> **DECLARATION OF CHI XU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT OR TRANSFER** |

I, Chi Xu, hereby declare:

1. I am a founder and Chief Executive Officer of Shenzhen Tairuo Technology Co., Ltd. and have been at all relevant times. I reside in Beijing, China. I submit this Declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the Complaint or Transfer ("Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.

2. Plaintiff Nreal Technology Ltd. (with Nreal, Inc., or alone "Nreal") is the main operating company of the business known as "Nreal." Shenzhen Tairuo Technology, Ltd. ("Tairuo") is part of the Nreal corporate structure that functions as a holding company. It is listed as the applicant of the Nreal trademarks and Nreal's website, nreal.ai, but does not conduct any operating activities in connection with these assets or any other business activities

within Nreal generally.

3. To the extent Plaintiffs have any meaningful and sustained contacts with any state in the United States, those contacts are in California:

   a. Nreal, Inc., the company's U.S. subsidiary, is located in California. It was registered on January 15, 2021 (e-filing confirmation of incorporation is attached to this Declaration as Exhibit A). Nreal created this subsidiary in preparation for conducting business in the United States – as of the date of the execution of this Declaration, Nreal has not launched sales of its products in the United States.

   b. Nreal employees, including myself, have attended meetings and conferences in California, such as the Game Developers' Conference.

   c. To the extent any Nreal witnesses or business records would be available in the United States, it would be in California.

4. In contrast, Plaintiffs have no significant contacts with the state of North Carolina:

   a. No Tairuo or Nreal officers, directors, or employees are—or have ever been—located in North Carolina.

   b. Neither Tairuo nor Nreal owns any real property or possesses any addresses, bank accounts, or phone numbers in North Carolina.

   c. Neither Tairuo nor Nreal engages in any advertising or marketing activities that specifically target the state of North Carolina.

   d. A former Nreal employee located in Beijing, China entered into the Unreal Engine End User License Agreement ("EULA") in 2018. Despite corporate protocol requiring me to sign contracts with major international business partners on behalf of the company, I was not informed of the existence of the Epic EULA until it was raised in this litigation. I did not instruct the employee or otherwise give authorization to the employee to sign Epic's EULA. My understanding is that based on the terms of the contract, the Nreal employee contracted with Epic's Swiss corporate relative.

- 2 -

Xu Decl. ISO Opp. to Mot. to Dismiss
No. 5:21-CV-05537-BLF

Executed on 12th day of October, 2021, in Beijing, China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 12, 2021                    By: _____
                                                Chi Xu