UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NREAL TECHNOLOGY LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC.,<br><br>Defendant. | Case No. 21-cv-05537-BLF<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS; REQUESTING STATUS UPDATE** |

Defendant Epic Games, Inc. has filed a motion to dismiss under the first-to-file doctrine on the basis of a first-filed case in the Eastern District of North Carolina. *See* ECF No. 22 (referencing *Epic Games, Inc. v. Shenzhen Tairuo Technology Co., Ltd.*, No. 21-cv-224 (E.D.N.C. filed May 14, 2021). The parties disagree whether the first-to-file doctrine applies and whether this case should be dismissed, transferred, or stayed because of a dispute over whether the Eastern District of North Carolina has personal jurisdiction over Nreal and related entities. The Court finds that the first-filed court is in a better position to determine if it has jurisdiction over the Nreal entities before this Court determines if the first-to-file doctrine applies, especially where that court has a fully briefed motion to dismiss for lack of personal jurisdiction pending. *See id.*, ECF No. 8.

Accordingly, the February 24, 2022 hearing on the motion to dismiss and case management conference are VACATED. The parties SHALL submit a joint status report within five days of the decision on the motion to dismiss pending in the case in the Eastern District of North Carolina, with a copy of the decision attached. At that time, the Court will decide whether it will set a hearing date or decide the pending first-to-file motion on the papers.

**IT IS SO ORDERED.**

Dated: February 14, 2022

_____
BETH LABSON FREEMAN
United States District Judge