| | |
|---|---|
| DIANA M. RUTOWSKI (SBN 233878)<br>drutowski@orrick.com<br>MARIA N. SOKOVA (SBN 323627)<br>msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>R. DAVID HOSP (admitted *pro hac vice*)<br>dhosp@orrick.com<br>KATHERINE E. KERRICK (admitted *pro hac vice*)<br>kkerrick@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street<br>Boston, MA 02116<br>Telephone: +1 617 880 1800<br>Facsimile: +1 617 880 1801<br><br>Attorneys for Plaintiffs | DALE M. CENDALI (SBN 1969070)<br>dale.cendali@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: +1 212 446 4800<br>Facsimile: +1 212 446 4900<br><br>DIANA M. TORRES (SBN 162284)<br>diana.torres@kirkland.com<br>LAUREN J. SCHWEITZER<br>(SBN 301654)<br>lauren.schweitzer@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: +1 310 552 4200<br>Facsimile: +1 310 552 5900<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NREAL TECHNOLOGY LTD., NREAL, INC., AND SHENZHEN TAIRUO TECHNOLOGY CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>EPIC GAMES, INC,<br><br>Defendant. | Case No. 5:21-cv-05537-BLF<br><br>**JOINT STATUS UPDATE PURSUANT TO ECF 38**<br><br>Dept: Courtroom 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

Plaintiffs Nreal Technology Ltd., Nreal Inc. (together referred to as "Nreal"), and Shenzhen Tairuo Technology Co. Ltd. ("Tairuo") (together with Nreal, "Plaintiffs") and Defendant Epic Games Inc. ("Epic") (together with Plaintiffs, the "Parties"), submit this Joint Status Update pursuant to the Court's February 14, 2022, Order Vacating Hearing on Motion to Dismiss; Requesting Status Update, which directed the Parties to submit a joint status report within five days of the decision on the motion to dismiss pending in the case in the Eastern District of North Carolina, with a copy of the decision attached. (ECF 38).

On March 25, 2022, Judge Louise W. Flanagan in the Eastern District of North Carolina granted Tairuo's motion to dismiss Epic's Complaint in *Epic Games, Inc. v. Shenzhen Tairuo Technology Co., Ltd.*, No. 21-cv-224 (E.D.N.C. filed May 14, 2021). A copy of the Court's order is attached hereto as **Exhibit 1**. The order dismisses Epic's complaint without prejudice and allows Epic 21 days from the date of the order to file either a motion for leave to amend its complaint or a motion to transfer the case to an appropriate forum. *Id.* In the event Epic does not file such motion within this time period, the clerk is directed, without further order of the court, to enter judgment for defendant on the basis of this order and close the case. *Id.*

Dated: March 30, 2022                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          By: _____*/s/ Diana M. Rutowski*_____
                                                    DIANA M. RUTOWSKI

                                          Attorneys for Plaintiffs

Dated: March 30, 2022                     KIRKLAND & ELLIS LLP

                                          By: _____*/s/ Dale M. Cendali*_____
                                                    DALE M. CENDALI

                                          Attorneys for Defendant

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: March 30, 2022          By:     */s/ Diana M. Rutowski*
                                       DIANA M. RUTOWSKI