DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:	+1 650 614 7400
Facsimile:	+1 650 614 7401

R. DAVID HOSP (admitted *pro hac vice*)
dhosp@orrick.com
KATHERINE E. KERRICK (admitted *pro hac vice*)
kkerrick@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Boston, MA  02116
Telephone:	+1 617 880 1800
Facsimile:	+1 617 880 1801

Attorneys for Plaintiffs

DALE M. CENDALI (SBN 1969070)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:	+1 212 446 4800
Facsimile:	+1 212 446 4900

DIANA M. TORRES (SBN 162284)
diana.torres@kirkland.com
LAUREN J. SCHWEITZER
(SBN 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:	+1 310 552 4200
Facsimile:	+1 310 552 5900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NREAL TECHNOLOGY LTD., NREAL INC., AND SHENZHEN TAIRUO TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EPIC GAMES, INC., <br><br> Defendant. | Case No. 5:21-cv-05537-BLF <br><br> Hon. Beth Labson Freeman <br><br> **NOTICE OF SETTLEMENT AND CONDITIONAL DISMISSAL** <br><br> Complaint Filed Date: July 20, 2021 |

Plaintiffs Shenzhen Nreal Technology Ltd., Nreal Inc., and Shenzhen Tairuo Technology Co., Ltd, along with Defendant Epic Games, Inc. (collectively the "Parties"), by and through their respective counsel, hereby inform the Court that the Parties have entered into a confidential final, binding, and fully executed settlement agreement to settle all claims in the above captioned action. As part of the settlement, there are certain events that require additional time to occur before the dismissal is entered with prejudice.  The Parties therefore respectfully request that the Court issue an Order of Conditional Dismissal Without Prejudice Upon Settlement providing the Parties with 115 days for such events to occur.  Unless either party files a written notification within 115 days of this notice being filed alleging that certain conditions of settlement have not been met (in which case the above captioned action would be restored to the calendar for further proceedings), the Parties agree that the above captioned action will be dismissed with prejudice.

DATED:  April 18, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

  /s/ Diana M. Rutowski
DIANA M. RUTOWSKI

DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
MARIA N. SOKOVA (SBN 323627)
msokova@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:      +1 650 614 7401

R. DAVID HOSP (admitted *pro hac vice*)
dhosp@orrick.com
KATHERINE E. KERRICK (admitted *pro hac vice*)
kkerrick@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street
Boston, MA  02116
Telephone:     +1 617 880 1800
Facsimile:      +1 617 880 1801

Attorneys for Plaintiffs Nreal Technology Ltd., Nreal Inc., and Shenzhen Tairuo Technology Co., LTD

DATED:  April 18, 2022            /s/ Diana M. Torres
                                  DIANA M. TORRES

                                  DIANA M. TORRES (SBN 162284)
                                  diana.torres@kirkland.com
                                  LAUREN J. SCHWEITZER (SBN 301654)
                                  lauren.schweitzer@kirkland.com
                                  KIRKLAND & ELLIS LLP
                                  2049 Century Park East
                                  Los Angeles, CA  90067
                                  Telephone:    (310) 552-4200
                                  Facsimile:    (310) 552-5900

                                  DALE M. CENDALI
                                  dale.cendali@kirkland.com
                                  KIRKLAND & ELLIS LLP
                                  601 Lexington Avenue
                                  New York, New York 10022
                                  Telephone:    (212) 446-4800
                                  Facsimile:    (212) 446-4900

                                  Attorneys for Defendant Epic Games, Inc.

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Diana M. Torres.

Dated:  April 18, 2022            By:    /s/ Diana M. Rutowski
                                         DIANA M. RUTOWSKI