| | |
|---|---|
| 1 | DIANA M. RUTOWSKI (SBN 233878) |
| 2 | drutowski@orrick.com<br>MARIA N. SOKOVA (SBN 323627) |
| 3 | msokova@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road<br>Menlo Park, CA  94025-1015 |
| 5 | Telephone:    +1 650 614 7400<br>Facsimile:     +1 650 614 7401 |
| 6 | R. DAVID HOSP (admitted *pro hac vice*) |
| 7 | dhosp@orrick.com<br>KATHERINE E. KERRICK (admitted *pro hac vice*) |
| 8 | kkerrick@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 222 Berkeley Street<br>Boston, MA  02116 |
| 10 | Telephone:    +1 617 880 1800<br>Facsimile:     +1 617 880 1801 |
| 11 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NREAL TECHNOLOGY LTD., NREAL INC., AND SHENZHEN TAIRUO TECHNOLOGY CO., LTD., | Case No. 5:21-cv-05537-BLF |
| | Hon. Beth Labson Freeman |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING CONDITIONAL DISMISSAL WITHOUT PREJUDICE UPON SETTLEMENT **AS MODIFIED BY THE COURT** |
| v. | |
| EPIC GAMES, INC., | |
| Defendant. | Complaint Filed Date: July 20, 2021 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Court hereby conditionally dismisses without prejudice the above captioned case. The Parties have 115 days from the date of this Order's issuance in which they may notify the Court if certain conditions of settlement have not been met. If (and only if) the Court receives such notification within 115 days from the date of this Order's issuance, the above captioned action will be restored to the calendar for further proceedings. **The pending motion to dismiss (ECF No. 22) is TERMINATED without prejudice to renewal if the case is restored to the Court's calendar.**

**IT IS SO ORDERED.**

DATED: April 18, 2022

_____
Honorable Beth Labson Freeman
United States District Judge